Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Shake Mardirosian

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SHAKE MARDIROSIAN,<br><br>    Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Case No.: CV 10-8658 SP<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,100.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   September 6, 2011

_____/s/_____
THE HONORABLE SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,
2 | LAW OFFICES OF Lawrence D. Rohlfing
3 | /s/ *Steven G. Rosales*
  | _____
4 | Steven G. Rosales
  | Attorney for plaintiff Shake Mardirosian
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26